FILED
IN OPEN COURT

SEP - 6 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:12CR521 |
| | ) |
| CHAD DIXON, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on December 17, 2012, Defendant Chad Dixon pled guilty to a two-count criminal information that included charging the defendant with wire fraud (Count One), in violation of Title 18, United States Code, Sections 3143 and 2, and pursuant to the defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property that is the subject of this order of forfeiture, and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The defendant forfeits to the United States the judgment sum of $17,091.07 representing the proceeds that the defendant obtained from the conduct to which the defendant pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2):

U.S. v. Dixon, 1:12CR521
Consent Order of Forfeiture
Page 2 of 2

2. This forfeiture order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

3. The United States may move at any time, pursuant to Fed. R. Crim. P. 32.2(e), to amend this Consent Order of Forfeiture to forfeit substitute property to satisfy the money judgment in whole or in part.

Date: Sept 5, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Court Judge

WE ASK FOR THIS:

For the United States of America, plaintiff

Neil H. MacBride
United States Attorney

By: _____
Uzo Asonye
Assistant United States Attorney

Jack Smith
Chief, Public Integrity Section
United States Department of Justice

By: _____
Anthony J. Phillips
Eric L. Gibson
Trial Attorneys

For Chad D. Dixon, defendant

_____
Chad D. Dixon
Defendant

_____
Nina J. Ginsberg, Esq.
Counsel for the Defendant