| PROB 22 (Rev. 09/12) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:12CR00521-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:16-CR-14 |

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Chad Dixon | Eastern Virginia | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Liam O'Grady | |
| | DATES OF SUPERVISION | FROM 7/2/2014 | TO 7/1/2017 |

| OFFENSE |
|---|
| 18 U.S.C. § 1343 and 2        Wire Fraud |
| 18 U.S.C. § 1505 and 2        Obstruction of an Agency Proceeding |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Indiana – Fort Wayne Division</u> upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 18, 2016
*Date*

/s/
Liam O'Grady United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

April 11, 2016
*Effective Date*

s/ Theresa L. Springmann
*United States District Judge*